STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Room 200C
Oakland, CA 94612-5204
Telephone: (510) 637-3500

Counsel for Defendant DONALD MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 4-14-71082 (KAW) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| DONALD MOORE | ) | |
|    aka Donald Collins, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of release for defendant, Donald Moore, aka Donald Collins, may be modified to extend her curfew to 10:30 p.m. and allow her to leave the Northern District of California to travel to the Sacramento area for work purposes only with the prior approval of her United States Pretrial Services officer.

United States Pretrial Services Officer Gelareh Farahmand is in agreement with the proposed modifications. All other conditions of release shall remain the same.

Date: September 30, 2014          _____/s/_____
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender

Date: September 30, 2014          _____/s/_____
                                   CHRISTINA McCALL
                                   Assistant United States Attorney

*U.S. v Moore*, CR 4-14-71082 KAW
Order RE: Modify Terms of Release

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Donald Moore, aka Donald Collins, are modified to extend her curfew to 10:30 p.m. and allow her to leave the Northern District of California to travel to the Sacramento area for work purposes only with the prior approval of her United States Pretrial Services officer.

All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: __10/1_____ , 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

*U.S. v Moore*, CR 4-14-71082 KAW
Order RE: Modify Terms of Release