STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Room 200C
Oakland, CA 94612-5204
Telephone: (510) 637-3500

Counsel for Defendant DONALD MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 14-00515 PJH [KAW] |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| DONALD MOORE | ) | |
| aka Donald Collins, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of release for defendant, Donald Moore, aka Donald Collins, may be modified to allow her to reside in the Eastern district of California at the address provided to pretrial services officer Gelareh Farahmand in Isleton, California. The reason for the modification is that Donald Moore was told by the cousin with whom she is residing, that Donald Moore has to find a new place to live and be out of the residence by January 8, 2015. The only residence Donald Moore has been able to secure is in Isleton, California which is outside the district. Pretrial services has not yet been able to check out the proposed residence but has no objection to the proposed modification. If the move is approved, then pretrial supervision of Donald Moore may be transferred to the Eastern district of California.

All other conditions of release shall remain the same.

*U.S. v Moore*, CR 14-00515 PJH [KAW]
Order RE: Modify Terms of Release

Date: December 23, 2014  _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Date: December 23, 2014  _____/s/_____
CHRISTINA McCALL
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Donald Moore, aka Donald Collins, are modified to allow her to reside in the Eastern district of California at the address provided to pretrial services officer Gelareh Farahmand in Isleton, California. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: __1/7_____ , 2015  _____
KANDIS A. WESTMORE
United States Magistrate Judge

*U.S. v Moore*, CR 14-00515 PJH [KAW]
Order RE: Modify Terms of Release